NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LEWIS WILLIAMS,                        )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D18-2335
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed March 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Mark R. Wolfe,
Judge.


PER CURIAM.

        Affirmed.  See Schlosser v. Singletary, 597 So. 2d 304 (Fla. 2d DCA

1991); Williams v. State, 710 So. 2d 85 (Fla. 5th DCA 1998).


SILBERMAN, VILLANTI, and ATKINSON, JJ., Concur.